THE MERCANTILE NATIONAL BANK OF THE CITY OF NEW
    YORK, Respondent, *v.* HENRY B. SIRE, Appellant.

*Mercantile Nat. Bank* v. *Sire,* 111 App. Div. 923, affirmed.
(Argued April 22, 1907; decided May 7, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 17, 1906, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover on promissory notes.

*Franklin Bien* for appellant.

*Royall Victor, William V. Rowe* and *Albert S. Ridley* for respondent.

Judgment affirmed, with costs and $1,000 damages for delay, under subdivision 5 of section 3251 of the Code of Civil Procedure; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and WILLARD BARTLETT, JJ. Absent: HISCOCK, J.